AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ Central _____ DISTRICT OF __Massachusetts__

CLERK'S OFFICE
2004 JUN 14 P 1: 17

Dr. Thomas M. Edsall

V.

Assumption College, et al

SUMMONS IN A CIVIL CASE

CASE NUMBER:

04-40106-NMG

TO: (Name and address of defendant)
Dr. Joseph P. Gower

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul J. Klehm, Esq.
Law Offices of James B. Krasnoo
23 Main Street, Terrace Level
Andover, MA 01810

an answer to the complaint which is herewith served upon you, within __29__ (July 2, 2004) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    6-8-04
CLERK                                           DATE

_Sherry Jones_
(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | June 3, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Paul J. Klehm | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: Attorney Douglas Seaver of Hinkley, Allen & Synder LLP in Boston, MA, counsel to the Defendants, has agreed to accept service

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/10/04
                 Date                                Signature of Server

Address of Server
Law Offices of James B. Krasnoo
23 Main Street, Terrace Level
Andover, MA 01810

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure