UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUL -6  P 2: 25
U.S. DISTRICT COURT
DISTRICT OF MASS.

|   |   |
|---|---|
| DR. THOMAS M. EDSALL, and<br>GRISEL EDSALL,<br>  Plaintiffs<br><br>v.<br><br>ASSUMPTION COLLEGE, DR. THOMAS<br>R. PLOUGH, DR. JOSEPH F. GOWER,<br>and DR. JOHN F. MCCLYMER,<br>  Defendants | CIVIL ACTION<br>NO. 04-40106-FDS |

## APPEARANCE OF COUNSEL

The undersigned hereby enters his appearance on behalf of Defendants Assumption College, Dr. Thomas R. Plough, Dr. Joseph F. Gower, and Dr. John F. McClymer.

Dated: July 2, 2004

Respectfully submitted,

ASSUMPTION COLLEGE, DR. THOMAS
R. PLOUGH AND DR. JOSEPH F.
GOWER JOHN F. MCCLYMER,

Defendants

By their attorneys,

Douglas F. Seaver, BBO# 450140
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

#491886 v1

## CERTIFICATE OF SERVICE

    I, Douglas F. Seaver, hereby certify that on this 2nd day of July, 2004, I served a copy of the Appearance upon Plaintiffs by mailing the same via first class mail postage paid, to Plaintiffs' counsel of record, James B. Krasnoo, Esq. & Paul J. Klehm, Esq., Law Offices of James B. Krasnoo, 23 Main Street, Terrace Level, Andover, MA 01810 and Karim H. Kamal, Esq., 630 Fifth Avenue, Suite 3163, New York, NY 10111.

                                                 Douglas F. Seaver

#491886 v1