UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| DR. THOMAS M. EDSALL, and<br>GRISEL EDSALL,<br>    Plaintiffs<br><br>v.<br><br>ASSUMPTION COLLEGE, DR. THOMAS<br>R. PLOUGH, DR. JOSEPH F. GOWER,<br>and DR. JOHN F. MCCLYMER,<br>    Defendants | CIVIL ACTION<br>NO. 04-40106-FDS |

## ASSENTED TO MOTION TO EXTEND DATE FOR FILING RESPONSIVE PLEADINGS

Now come the Defendants in the above-entitled action and move for the Court's permission to extend time to file responsive pleadings to Plaintiffs' Complaint from June 30, 2004 to July 2, 2004 and as grounds therefore state that:

The parties had previously agreed to the extension of time to July 2, 2004 in order to allow for Defendants' counsel's two weeks of vacation in June, and that the extension of time will not unduly delay the processing of this claim.

ASSENTED TO:                                    Respectfully submitted,

Plaintiffs,                                             Defendants

By their attorneys,                              By their attorneys,

_James B. Krasnoo /t/s_                    _Douglas F. Seaver_

James B. Krasnoo, Esq.                      Douglas F. Seaver, Esq., BBO# 450140
Paul J. Klehm, Esq.                            Hinckley, Allen & Snyder LLP
Law Offices of James B. Krasnoo      28 State Street
23 Main Street, Terrace Level            Boston, MA  02109-1775
Andover, MA  01810                          (617) 345-9000

                                                         Dated:  June 30, 2004

Dated:  June 30, 2004

#491495 v1                                                    1

## CERTIFICATE OF SERVICE

I, Douglas F. Seaver, hereby certify that on this 30th day of June, 2004, I served a copy of Assented To Motion to Extend Date for Filing Responsive Pleadings upon Plaintiffs by mailing the same via first class mail postage paid, to Plaintiffs' counsel of record, James B. Krasnoo, Esq. & Paul J. Klehm, Esq., Law Offices of James B. Krasnoo, 23 Main Street, Terrace Level, Andover, MA 01810 and Karim H. Kamal, Esq., 630 Fifth Avenue, Suite 3163, New York, NY 10111.

*/s/ Douglas F. Seaver*
Douglas F. Seaver