UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DR. THOMAS M. EDSALL, and ) <br> GRISEL EDSALL, ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> ASSUMPTION COLLEGE, DR. ) <br> THOMAS R. PLOUGH, DR. JOSEPH ) <br> F. GOWER, and DR. JOHN F. MCCLYMER, ) <br> Defendants ) | CIVIL ACTION NO. 04-40106-FDS |

**ASSENTED-TO MOTION TO WITHDRAW AND RE-FILE
DEFENDANTS' MOTIONS TO AMEND THEIR ANSWER, MOTION TO
DISMISS, AND SUPPORTING MEMORANDUM OF LAW**

The Parties hereby respectfully submit this Assented-to Motion to Withdraw and Re-File Defendants' Motions to Amend Their Answer, Motion to Dismiss, and Supporting Memorandum of Law to conform the signature lines of earlier filed papers to local rules, to attach an affidavit including two exhibits, and to reference those exhibits in Defendants' Supporting Memorandum of Law. The Parties have conferred and agreed that Plaintiffs' time to respond to Defendants' Motion to Dismiss will be fourteen days after the instant Motion is allowed by the Court.

#498303 v1

## CERTIFICATION OF CONFERENCE

The undersigned represent that on September 2, 2004, the undersigned conferred regarding the above Assented-to Motion to Withdraw and Re-file Defendants' Motions to Amend Their Answer, Motion to Dismiss, and Supporting Memorandum of Law and assented to its submission.

Dated: September 2, 2004

Respectfully submitted,

Defendants,

ASSUMPTION COLLEGE,
DR. THOMAS R. PLOUGH,
DR. JOSEPH F. GOWER, and
DR. JOHN F. MCCLYMER,

By their attorneys,

/s/ Douglas F. Seaver
Douglas F. Seaver (BBO# 450140)
Darin A. Day (BBO# 650228)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

Plaintiffs,

By their attorneys,

/s/ Paul J. Klehm
Paul J. Klehm, Esq.
Law Offices of James B. Krasnoo
23 Main Street, Terrace Level
Andover, MA 01810
(978) 475-9955

#498303 v1