UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. THOMAS M. EDSALL, and GRISEL EDSALL, Plaintiffs )<br><br>v. )<br><br>ASSUMPTION COLLEGE, DR. THOMAS R. PLOUGH, DR. JOSEPH F. GOWER, and DR. JOHN F. MCCLYMER, Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-40106-FDS<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION TO AMEND ANSWER TO INCLUDE ADDITIONAL AFFIRMATIVE DEFENSE

Defendants Assumption College, et. al. hereby moves this Court pursuant to Federal Rule of Civil Procedure 15(a) for permission to file the Amended Answer attached hereto as Exhibit A to include the additional affirmative defense that this Court lacks subject matter jurisdiction because of Plaintiff's failure to exhaust administrative remedies. As grounds therefore, Defendants state that:

(1)     recent case law has addressed the issue that the "exhaustion of remedies" doctrine applies when faculty handbooks provide internal grievance procedures, Neiman v. Yale University, 2004 WL 1574253 (Conn. 2004) (copy attached);

(2)     Assumption College has an internal grievance procedure which Plaintiff failed to employ prior to filing the instant action. See Affidavit of Michael H. Rubino, Esq., attaching excerpts from the Assumption College Faculty Handbook and Policy Document, submitted herewith.

(3)     Leave shall be freely given when justice so requires; and

#497221 v1

(4)    Plaintiffs will not be prejudiced because there has been no Rule 16

Conference in this matter to date, there has been no discovery, and no trial date has been

set for this case.

WHEREFORE, Defendants respectfully request that this Court allow its Motion

to Amend Its Answer.

## CERTIFICATION OF CONFERENCE

The undersigned represents that on August 20, 2004, the undersigned conferred

with Plaintiffs' counsel, Paul J. Klehm regarding the above Motion.

Dated:  September 2, 2004            Defendants,

ASSUMPTION COLLEGE,
DR. THOMAS R. PLOUGH,
DR. JOSEPH F. GOWER, and
DR. JOHN F. MCCLYMER,

By their attorneys,


_____/s/ Douglas F. Seaver
Douglas F. Seaver (BBO# 450140)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109-1775
(617) 345-9000


## CERTIFICATE OF SERVICE

I, Douglas F. Seaver, hereby certify that I have this 2d day of September 2004
forwarded a copy of Defendants' Motion To Amend Answer To Include Additional
Affirmative Defense via e-mail and first class mail, postage pre-paid to Plaintiffs'
counsel of record:  James B. Krasnoo, Esq. & Paul J. Klehm, 23 Main Street, Terrace
Level, Andover, MA  01810.

_____/s/ Douglas F. Seaver
Douglas F. Seaver

#497221 v1