# FACULTY HANDBOOK

# AND

# FACULTY POLICY DOCUMENT



ASSUMPTION COLLEGE
WORCESTER, MASSACHUSETTS

PREPARED BY THE OFFICE OF ACADEMIC AFFAIRS
1998 -1999 EDITION

## M. FACULTY GRIEVANCES

Assumption College recognizes and endorses the importance of due process and of adjusting grievances properly without fear of prejudice or reprisal. Accordingly the College encourages the informal and prompt settlement of grievances as defined in Appendix II. The orderly processes hereinafter set forth are designed to protect due process and academic freedom and to respect professional conduct and the principles by which the College operates.