UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| DR. THOMAS M. EDSALL, and<br>GRISEL EDSALL<br>    Plaintiffs<br><br>v.<br><br>ASSUMPTION COLLEGE,<br>DR. THOMAS R. PLOUGH,<br>DR. JOSEPH F. GOWER, and<br>DR. JOHN F. McCLYMER<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action<br>No. 04-40106-FDS |

**PLAINTIFFS' OBJECTION TO ORDER OF COURT DATED MARCH 31, 2005**

Plaintiffs hereby give notice of their objection to the findings, rulings, and order of the Court dated March 31, 2005 dismissing any of Plaintiffs' claims against any Defendants in whole or in part.

                                                The Plaintiffs
                                              Dr. Thomas Edsall,
                                              Grisel Edsall,
                                              By Their Attorneys,

                                              /s/ Paul J. Klehm
                                              James B. Krasnoo BBO# 279300
                                              Paul J. Klehm BBO# 561605
                                              23 Main Street, Terrace Level
                                              Andover, MA 01810
                                              (978) 475-9955

## **CERTIFICATE OF SERVICE**

  I, Paul J. Klehm, hereby certify that I forwarded a copy of the within document to Douglas F. Seaver, counsel to Defendants, Hinckley, Allen & Snyder LLP, 28 State Street, Boston, MA 02109-1775, by first class mail, postage pre-paid on April 1, 2005.

                /s/ Paul J. Klehm
                Paul J. Klehm