UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. THOMAS EDSALL and GRISEL EDSALL, <br><br> Plaintiffs, <br><br> v. <br><br> ASSUMPTION COLLEGE, <br> DR. THOMAS R. PLOUGH, <br> DR. JOSEPH F. GOWER, and <br> DR. JOHN F. McCLYMER, <br><br> Defendants. | Civil Action No. <br> 04-40106 FDS |

## AFFIDAVIT OF DOUGLAS F. SEAVER IN SUPPORT OF DEFENDANT DR. PLOUGH'S MOTION FOR RECONSIDERATION OF MOTION TO DISMISS COUNT IV

I, Douglas F. Seaver, hereby state under oath and upon personal knowledge the following:

1. I am a member in good standing of the Bar of the United States District Court for the District of Massachusetts and am Counsel for Defendants in the above entitled action.

2. Attached hereto as Exhibit A is a true and accurate copy of that portion of the Court's Memorandum and Order dated March 31, 2005 that addressed Dr. Thomas R. Plough's Motion to Dismiss Count IV of Plaintiff's Complaint.

3. Attached hereto as Exhibit B is a true and accurate copy of the charge of discrimination filed with the Massachusetts Commission Against Discrimination on October 8, 2003 by Thomas Moore Edsall, and on which Plaintiff bases all of his claims under Massachusetts Chapter 151B in the instant action.

Signed under the pains and penalties of perjury.

Dated: April 4, 2005

/ s / Douglas F. Seaver
Douglas F. Seaver

## CERTIFICATE OF SERVICE

    I, Douglas F. Seaver, hereby certify that on this 4th day of April, 2005, I served a copy of the Affidavit of Douglas F. Seaver upon Plaintiffs by mailing the same via first class mail postage paid, to Plaintiffs' counsel of record, James B. Krasnoo, Esq. & Paul J. Klehm, Esq., Law Offices of James B. Krasnoo, 23 Main Street, Terrace Level, Andover, MA 01810 and Karim H. Kamal, Esq., 630 Fifth Avenue, Suite 3163, New York, NY 10111.

                                                                          Douglas F. Seaver