# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ FEPA | 03230?744 |
| ☒ EEOC | 16CA400144 |

**Massachusetts Commission Against Discrimination** and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) Thomas More Edsall | HOME TELEPHONE (Include Area Code) 212-772-1329 |
|---|---|
| STREET ADDRESS 525 East 86 St. # 2F   CITY, STATE AND ZIP CODE  New York, NY 10028 | DATE OF BIRTH 12/9/1966 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME Assumption Collage | NUMBER OF EMPLOYEES, MEMBERS 100+ | TELEPHONE (Include Area Code) 508-767-7000 |
|---|---|---|
| STREET ADDRESS 500 Salisbury Street   CITY, STATE AND ZIP CODE  Worcester, MA 01609 | | COUNTY Worcester |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| STREET ADDRESS   CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST                  LATEST
March 2003

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

After working for two years at Assumption College as a professor in Latin American History, I applied for a full-time tenure track job starting in September 2003. I applied for the job in October, 2002. During the application process, I was called into the office of John McClymer, the head of the Search Committee for this position. He asked me how other job searches were going. I said I believed well. He said that was good because the Provost, Joseph Gower, who had final hiring decisions for the position, wanted a diversity candidate (non-white) for the position and that I would probably not get the job as a result. Nonetheless, I continued with my application for the position, believing that Assumption College would ultimately choose the most qualified candidate.

On or about mid-February 2003, I was selected by the Assumption College History Dept. as their preferred candidate for this position (see enclosed draft). They cited my excellent work at the College, my strong teacher evaluations, my book prize, and my work with a special group of underachievers in a letter to the President. On or about mid-March 2003, the Provost at Assumption College rejected my candidacy in favor of a less qualified minority candidate. At this point it became clear to me that race had always been the central issue for the Assumption College administration in deciding who would be hired for the position.

I believe the reason I was rejected for this job was because of my race (white), and I therefore charge Assumption College with unlawful discrimination against me in violation of Massachusetts General Laws, Chapter 151B, Title VII of the Civil Right Act of 1964, and the Fourteenth Amendment of the United States Constitution.

RECEIVED OCT 14 2003 COMMISSION AGAINST DISCRIMINATION

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) *[signature]* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT *[signature]* |
| Date Oct. 8, 2003  Charging Party (Signature) *[signature]* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) OCT. 8, 2003 |

EEOC FORM 5 (REV. 3/01)

EXHIBIT B

Karim Kamal
Notary Public, State of New York
No. 02KA6091860
Qualified in New York State
Commission Expires 05/05/2007

# DRAFT

February 10, 2003

Dr. Joseph Gower, Provost and Dean of Faculty
Assumption College



Dear Dr. Gower:

    The history department recommends Dr. Thomas Edsall for the tenure-track position in Latin American history. He is, in our judgment, remarkably well-qualified.

    As you know, Tom has been teaching at Assumption for several years, first on three-quarter time contracts and, this year, on a full-time contract. Most of his teaching has been in the Modern Europe and U.S. sequence. He is teaching the Latin American history sequence this academic year. Tom's course evaluations are very strong, including those from students in the First Year Program, a group frequently hard to impress. Students cite his concern, willingness to work with them on their projects and papers, his friendly but firm manner. A high percentage single out for special mention the outlines he provides for each topic. Students find his classes to be models of clarity. The great majority rank Dr. Edsall as either very good or excellent overall and state that they would recommend his class to others. The students in his Latin America survey I are, if anything, even more positive. We can therefore state with complete assurance that he will be a highly effective teacher.

    His scholarship is equally impressive. His dissertation is about to appear as a monograph published by Scholarly Resources, a highly regarded commercial press, and won an award from the press as the best dissertation in Latin American history. Several members of the department have talked with him at length about his forthcoming book. They note that it will fill in a major lacuna in Argentine history. Other scholars routinely refer to the Argentine elite but have not studied it. Edsall's monograph will immediately become the standard work. His work on gender is equally promising. He has submitted an important article looking at the cultural construction of elite and gaucho ideals of masculinity which, upon publication, will become a must-read piece for everyone working on this and related subjects.

    We can also attest to Dr. Edsall's value as a colleague, both in the department and in the College as a whole. The department asked him to devote part of last summer to collaborating with Professor Lenoe on our "West in the World" general education

initiative, something your office graciously underwrote. His work on this was exemplary. He proved not only industrious and intelligent but deeply concerned in keeping everyone informed and in keeping himself informed of our ideas. We have of course interacted with him in a variety of less formal situations. All of us regard him as a model colleague.

In sum, we strongly and unanimously approve of the recommendation to offer the position to Dr. Edsall. If I can provide any further information, I will be happy to do so.

Respectfully,


John McClymer, chair, Latin American Search Committee