UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. THOMAS EDSALL and GRISEL EDSALL, <br><br> Plaintiffs, <br><br> v. <br><br> ASSUMPTION COLLEGE, DR. THOMAS R. PLOUGH, DR. JOSEPH F. GOWER, and DR. JOHN F. McCLYMER, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) 04-40106 FDS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATION OF LOCAL RULE 7.1 CONFERENCE

The undersigned hereby certifies that on April 4 and April 5, 2005 I conferred with Plaintiff's counsel, Paul J. Klehm, Esq. by telephone and attempted in good faith to resolve and narrow the issues raised in Defendant's Motion for Reconsideration. The parties were unable to reach agreement on the matter.

Dated: April 5, 2005

/ s / Douglas F. Seaver
Douglas F. Seaver

## CERTIFICATE OF SERVICE

I, Douglas F. Seaver, hereby certify that on this 5th day of April, 2005, I served a copy of the Certification of Local Rule 7.1 Conference upon Plaintiffs by mailing the same via first class mail postage paid, to Plaintiffs' counsel of record, James B. Krasnoo, Esq. & Paul J. Klehm, Esq., Law Offices of James B. Krasnoo, 23 Main Street, Terrace Level, Andover, MA 01810 and Karim H. Kamal, Esq., 630 Fifth Avenue, Suite 3163, New York, NY 10111.

Douglas F. Seaver