UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DR. THOMAS M. EDSALL, and<br>GRISEL EDSALL<br>    Plaintiffs<br><br>v.<br><br>ASSUMPTION COLLEGE,<br>DR. THOMAS R. PLOUGH,<br>DR. JOSEPH F. GOWER, and<br>DR. JOHN F. McCLYMER<br>    Defendants | Civil Action<br>No. 04-40106-FDS |

## CERTIFICATION PURSUANT TO L.R. 16(1)(D)(3)

I, Grisel Edsall, hereby certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution with my counsel, Paul J. Klehm.

Dated:   April 14, 2005                     /s/ Grisel Edsall
                                                                       Grisel Edsall

Dated:   April 19, 2005                     /s/ Paul J. Klehm
                                                                       Paul J. Klehm

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all attorneys of record by hand/mail on April 19, 2005.

                                                                                     /s/ Paul J. Klehm
                                                                                     Paul J. Klehm