UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DR. THOMAS M. EDSALL, and<br>GRISEL EDSALL<br>    Plaintiffs<br><br>v.<br><br>ASSUMPTION COLLEGE,<br>DR. THOMAS R. PLOUGH,<br>DR. JOSEPH F. GOWER, and<br>DR. JOHN F. McCLYMER<br>    Defendants | Civil Action<br>No. 04-40106-FDS |

### CERTIFICATION PURSUANT TO L.R. 16(1)(D)(3)

I, Thomas Edsall, hereby certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution with my counsel, Paul J. Klehm.

Dated:  April 14, 2005           /s/ Thomas Edsall
                                 Thomas Edsall

Dated:  April 19, 2005           /s/ Paul J. Klehm
                                 Paul J. Klehm


### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all attorneys of record by hand/mail on April 19, 2005.

/s/ Paul J. Klehm
Paul J. Klehm