UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. THOMAS EDSALL and GRISEL EDSALL,<br><br>Plaintiffs,<br><br>v.<br><br>ASSUMPTION COLLEGE,<br>DR. THOMAS R. PLOUGH, and<br>DR. JOSEPH F. GOWER,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>) 04-40106 FDS<br>)<br>)<br>)<br>)<br>) |

## RULE 16.1 CERTIFICATION FOR DEFENDANTS DR. THOMAS R. PLOUGH, DR. JOSEPH F. GOWER, AND ASSUMPTION COLLEGE

Defendants Dr. Thomas Plough, Dr. Joseph F. Gower, and Assumption College

through its duly authorized representative have conferred with their Attorney, Douglas F.

Seaver:

(1)    with a view to establishing a budget for the cost of conducting the full course

– and various alternative courses – of the litigation; and

(2)    to consider use of alternative dispute resolution programs such as those

outlined in Local Rule 16.1.

ASSUMPTION COLLEGE

_____
Douglas F. Seaver, BBO #450140
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
*Attorney for the Defendants*

Dated: April 14, 2005

_____
By:  Michael H. Rubino, Esq.
     General Counsel
     Assumption College
     500 Salisbury Street
     Worcester, MA 01615-0005
     (978) 439-5511

Dated: April *12*, 2005

#525108 v1

By:    Thomas R. Plough
      Assumption College
      500 Salisbury Street
      Worcester, MA 01615-0005

Dated: April _/2_, 2005


By:    Joseph F. Gower
      Assumption College
      500 Salisbury Street
      Worcester, MA 01615-0005

Dated: April _/2_, 2005


## CERTIFICATE OF SERVICE

I, Douglas F. Seaver, attorney for the Defendants in the above matter, hereby certify that on this 14th day of April, 2005, I caused a copy of the foregoing *Certification* to be served upon **James B. Krasnoo and Paul J. Klehm, Law Offices of James B. Krasnoo, 23 Main Street, Terrace Level, Andover, MA 01810,** via first-class mail, postage pre-paid.


Douglas F. Seaver