**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

GRISEL EDSALL, et. al.,

      Plaintiffs,                          CIVIL ACTION
v.                                          NO.  04-40106-FDS

ASSUMPTION COLLEGE, et. al.,

      Defendants,

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE SAYLOR

HILLMAN, M.J.

On   April 28, 2006   I held the following ADR proceeding:

\_\_\_\_ EARLY NEUTRAL EVALUATION       _X_   MEDIATION
\_\_\_\_ MINI-TRIAL                                  \_\_\_\_\_ SUMMARY JURY TRIAL
\_\_\_\_ SETTLEMENT CONFERENCE

The parties were present in person or by an authorized corporate officer .

The case was:

(X)    Settled.  Your clerk should enter a   60   day order of dismissal.
( )    There was progress.  A further conference has been scheduled for _____.
        unless the case is reported settled prior to that date.
( )    Further efforts to settle this case at this time are, in my judgment, unlikely to be
        productive.  This case should be restored to your trial list.

May 2,  2006                                  /s/ Timothy S. Hillman
Date                                               TIMOTHY S. HILLMAN, M.J.