UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. THOMAS M. EDSALL, and<br>GRISEL EDSALL<br>    Plaintiffs<br><br>v.<br><br>ASSUMPTION COLLEGE,<br>DR. THOMAS R. PLOUGH, and<br>DR. JOSEPH F. GOWER,<br>    Defendants | Civil Action<br>No. 04-40106-FDS |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned parties, being all of the parties in this action, hereby stipulate that the above action be, and it hereby is, dismissed with prejudice and with each party bearing their own costs.

| Plaintiffs, | Defendants, |
|---|---|
| Dr. Thomas Edsall<br>Grisel Edsall | Assumption College, Dr. Thomas R. Plough,<br>and Dr. Joseph Gower |
| By Their Attorneys, | By Their Attorneys, |
| /s/  Paul J. Klehm<br>James B. Krasnoo (BBO#2793 00)<br>Paul J. Klehm (BBO#561605)<br>Krasnoo/Klehm LLP<br>23 Main Street, Suite One<br>Andover, MA 01810<br>(978) *475-9955* | /s/  Douglas F. Seaver<br>Douglas F. Seaver (BBO# 450140)<br>Hinckley, Allen & Snyder<br>28 State Street<br>Boston, MA  02109-1775<br>(617) 345-9000 |

#590402           1

## CERTIFICATE OF SERVICE

      I, Douglas F. Seaver, hereby certify that on this 26th day of June, 2006, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                          /s/ Douglas F. Seaver